615 A.2d 733

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Joseph Steven SOUDER, Appellant.**

Supreme Court of Pennsylvania.

Argued Dec. 4, 1991.

Decided Nov. 12, 1992.

Gerald P. Deady, Wilkes–Barre, for appellant.

Jerome L. Cohen, Dist. Atty., Marisue Elias–Welsh, Mari M. Van Wie, Asst. Dist. Attys., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

McDERMOTT, J., did not participate in the decision of this case.